JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAMUEL GONZALEZ ISABEL, | Case No. 5:26-cv-01931-DTB |
| Petitioner, | **J U D G M E N T** |
| v. | |
| ERNESTO SANTA CRUZ, JR., et al, | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner from custody, and return all property confiscated from him during his arrest and processing into detention.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from redetaining Petitioner without notice and a predetention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community.  Respondents shall file a status report

1

within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: May 11, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE